IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

DECIO VIVEROS GRANJA,               )
                                    )
         Petitioner,                )
                                    )
    v.                              )        CV 322-141
                                    )
WARDEN, USP ATLANTA,                )
                                    )
         Respondent.                )

_____

**ORDER**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.  Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**GRANTS** the motion to dismiss, (doc. no. 4), **DISMISSES** without prejudice the petition filed

pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **DIRECTS** the **CLERK** to enter

an appropriate judgment of dismissal.

SO ORDERED this _13th_ day of January, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE